# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3504

_____

United States of America

*Plaintiff - Appellee*

v.

Casey Joel Lindus

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: July 30, 2018
Filed: August 17, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Casey Lindus directly appeals after he pleaded guilty to a felon-in-possession offense, and was sentenced by the district court[1] to a prison term at the bottom of the

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

calculated Guidelines range. His counsel has moved for leave to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the reasonableness of Lindus's sentence.

Our review of the sentencing proceedings satisfies us that the district court did not impose a substantively unreasonable sentence. See United States v. Feemster, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (sentences are reviewed under deferential abuse-of-discretion standard; discussing substantive reasonableness); see also United States v. Callaway, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence may be presumed reasonable). In addition, having independently reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, the judgment is affirmed.

There having been no response by counsel to the certification requested by the court's July 28, 2018, order, his motion for leave to withdraw is denied.

_____